IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARBOUR, | No. CIV S-11-1888-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| U.S. COURTHOUSE, CENTRAL DISTRICT OF CALIFORNIA, | |
| Defendants. | |
| / | |

      Plaintiff, a Virginia state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

      Pending before the court is plaintiff's first amended complaint (Doc. 6, 7). The original complaint filed in this action appears to be against the judicial officers in the Central District of California. The amended complaint appears to be against the President of the United States. Thus, it appears that plaintiff was attempting to file a new action instead of an amended complaint, even though he noted this case number in the caption.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to remove the amended complaint (Doc. 6, 7) from this action, and file it as a new action assigned to the undersigned.

DATED: December 1, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE